UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JAMES BRANCH,<br><br>                   Plaintiff,<br><br>vs.<br><br>JAMES BARRETT, WASHINGTON STATE PATROL OFFICER HOYT, STATE OF WASHINGTON, STATE OF WASHINGTON PROSECUTOR'S OFFICE, and COUNTY OF WALLA WALLA,<br><br>                   Defendants. | NO. CV-10-5144-JPH<br><br>REPORT AND RECOMMENDATION TO DISMISS ACTION |

By Order filed February 7, 2011, the court directed Mr. Branch to complete and file a financial affidavit as required by 28 U.S.C. § 1915(a)(1), or to pay the $350.00 filing fee, to commence this action. The court cautioned that failure to comply would result in dismissal of this case for failure to prosecute. Plaintiff did not comply and has filed nothing further in this action. Accordingly, **IT IS RECOMMENDED** this action be **DISMISSED without prejudice** for failure to prosecute under Fed. R. Civ. P. 41(b).

## OBJECTIONS

Any party may object to a magistrate judge's proposed findings, recommendations or report within fourteen (14) days following service with a copy thereof. Such party shall file written objections with the Clerk of the Court and serve objections on all

REPORT AND RECOMMENDATION TO DISMISS ACTION -- 1

parties, specifically identifying the portions to which objection is being made, and the basis therefor. Any response to the objection shall be filed within fourteen (14) days after receipt of the objection. Attention is directed to FED. R. CIV. P. 6(e), which adds additional time after certain kinds of service.

A district judge will make a de novo determination of those portions to which objection is made and may accept, reject, or modify the magistrate judge's determination. The judge need not conduct a new hearing or hear arguments and may consider the magistrate judge's record and make an independent determination thereon. The judge may, but is not required to, accept or consider additional evidence, or may recommit the matter to the magistrate judge with instructions. *United States v. Howell*, 231 F.3d 615, 621 (9th Cir. 2000); 28 U.S.C. § 636(b)(1)(B) and (C), FED. R. CIV. P. 72; LMR 4, Local Rules for the Eastern District of Washington.

A magistrate judge's recommendation cannot be appealed to a court of appeals; only the district judge's order or judgment can be appealed.

**IT IS SO RECOMMENDED**. The District Court Executive is directed to enter this Report and Recommendation and forward a copy to Plaintiff at his last known address. The District Court Executive shall set a case management deadline accordingly.

**DATED** this 9th day of March, 2011.

S/ James P. Hutton

JAMES P. HUTTON
UNITED STATES MAGISTRATE JUDGE

REPORT AND RECOMMENDATION TO DISMISS ACTION -- 2