UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JAMES BRANCH,<br><br>                           Plaintiff,<br><br>vs.<br><br>JAMES BARRETT, WASHINGTON STATE PATROL OFFICER HOYT, STATE OF WASHINGTON, STATE OF WASHINGTON PROSECUTOR'S OFFICE, and COUNTY OF WALLA WALLA,<br><br>                          Defendants. | NO. CV-10-5144-JPH<br><br>ORDER GRANTING MOTION TO VOLUNTARILY DISMISS ACTION AND STRIKING REPORT AND RECOMMENDATION |

On May 11, 2011, the undersigned judicial officer recommended dismissal of this action for failure to prosecute as Mr. Branch had failed to complete and file a financial affidavit as required by 28 U.S.C. § 1915(a)(1), or to pay the $350.00 filing fee, to commence this action. Rather than file objections, Mr. Branch submitted a letter stating his desire to formerly withdraw his litigation without prejudice.

The court liberally construes this letter as a Motion to Voluntarily Dismiss the Complaint pursuant to Rule 41(a), Federal Rules of Civil Procedure. Defendants have not been served in this action. Accordingly, **IT IS ORDERED** Plaintiff's Motion (ECF No. 12) is **GRANTED** and the Complaint is **DISMISSED WITHOUT PREJUDICE.**

**IT IS FURTHER ORDERED** the District Court Executive shall **STRIKE** the

ORDER GRANTING MOTION TO VOLUNTARILY DISMISS ACTION AND STRIKING REPORT AND RECOMMENDATION -- 1

1  Report and Recommendation to dismiss this action for failure to prosecute (ECF No. 11).

2  **IT IS SO ORDERED**.  The District Court Executive is directed to enter this

3  Order, enter judgment, forward a copy to Plaintiff and close the file.

4  **DATED** this 10th day of June, 2011.

5                                                              S/ James P. Hutton

6

7                                                       JAMES P. HUTTON
                                              UNITED STATES MAGISTRATE JUDGE

28  ORDER GRANTING MOTION TO VOLUNTARILY DISMISS ACTION AND STRIKING REPORT AND RECOMMENDATION -- 2